# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAVID HAMILTON, | : | |
| Plaintiff, | : | Case No. 3:11cv00102 |
| vs. | : | Magistrate Judge Sharon L. Ovington (By full consent of the parties) |
| GORDON J. SPURLING, et al., | : | |
| Defendants. | : | |

# ORDER

This case is presently before the Court upon pro se Plaintiff David Hamilton's Renewed Motion to Compel Discovery (Doc. #34), and the record as a whole.

Defendants are hereby **ORDERED** to respond to Plaintiff's Renewed Motion to Compel (Doc. #34) on an expedited basis, in light of the upcoming trial date.  Response is due **on or before April 27, 2012.**

April 12, 2012

                                         s/Sharon L. Ovington
                                           Sharon L. Ovington
                                        United States Magistrate Judge