IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAVID HAMILTON, | : | Case No. 3:11cv00102 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Sharon L. Ovington (By full consent of the parties) |
| GORDON J. SPURLING, et al., | : | |
| Defendants. | : | |

# ORDER

This case is presently before the Court upon pro se Plaintiff David Hamilton's Renewed Motion to Compel Discovery (Doc. #34), and the record as a whole.

Plaintiff asserts that counsel for the Defendants "acknowledged receiving [his] discovery requests during a telephone conference with the Court," and that "28 days have elapsed and Plaintiff has received no response from Defendant nor has Defendant filed a request for protective order." (Doc. #34 at 1). On April 12, 2012, this Court Ordered Defendants "to respond to Plaintiff's Renewed Motion to Compel (Doc. #34) on an expedited basis, in light of the upcoming trial date." (Doc. #35). Defendants' Response was due on or before April 27, 2012. To date, Defendants have not filed a response and the time for doing so has expired.

Plaintiff's Renewed Motion to Compel (Doc. #34) is therefore **GRANTED** and Defendants **ORDERED** to provide the requested discovery **on or before May 8, 2012.**

Defendants are placed on notice that failure to abide by this Order may result in the imposition of sanctions.

May 1, 2012                                                      s/Sharon L. Ovington
                                                                       Sharon L. Ovington
                                                              United States Magistrate Judge